4869-5327-5015

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:23-cv-0061-BJB

JOYCE ANN ELLIOTT            PLAINTIFF

v.            **VERIFIED AMENDED COMPLAINT**
           (electronically filed)

ANN CHRISTY ELLIOTT-GONZALEZ; SARA JANE ELLIOTT;
JULIA ELLIOTT CAMPBELL; and
MICHAEL "ANDY" ELLIOTT            DEFENDANTS

Plaintiff, Joyce Ann Elliott, by counsel, for her Verified Amended Complaint, states as follows:

## PARTIES

1. Plaintiff, Joyce Ann Elliott, is a citizen and resident of the State of Oklahoma.

2. Defendant, Ann Christy Elliott-Gonzalez, is a citizen and resident of the Commonwealth of Kentucky.

3. Defendant, Sarah Jane Elliott, is a citizen and resident of the Commonwealth of Kentucky.

4. Defendant, Julia Elliott Campbell, is a citizen and resident of the Commonwealth of Kentucky.

5. Defendant, Michael "Andy" Elliott, is a citizen and resident of the Commonwealth of Kentucky.

## JURISDICTION AND VENUE

6. Jurisdiction in this matter is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1), as there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Venue is proper in this juridical district pursuant to 28 U.S.C. §§ 1391(b)(1) and (2) because Defendants are residents of this District, and all events or omissions giving rise to

this lawsuit occurred within this District.

## FACTS

8. On or about November 27, 1997, Michael Roy Elliott married Joyce Ann Elliott. *See Verified Petition to Dissolve Marriage*, *In re the marriage of Michael Roy Elliot and Joyce Ann Elliott*, Trigg Circuit Court, Civil Action No. 20-CI-108, attached hereto as Exhibit 1.

9. On June 10, 2016, Joyce Ann Elliott filed a petition for dissolution of marriage. *See Petition for Dissolution of Marriage*, Trigg Circuit Court, Civil Action No. 16-CI-90.

10. On August 29, 2017, the Trigg County Circuit Court dismissed the petition for dissolution of marriage for lack of prosecution.

11. Michael Roy Elliott and Joyce Ann Elliott separated in February of 2020. Exhibit 1.

12. On August 28, 2020, Michael Roy Elliott filed a verified petition to dissolve the marriage in Trigg Circuit Court. Exhibit 1.

13. In February 2021, Michael Roy Elliott, by and through his counsel, responded to interrogatories and requests for production of documents propounded by Joyce Ann Elliott. *See Petitioner's Answers to Interrogatories and Request for Production of Documents propounded to Petitioner*, *In re the marriage of Michael Roy Elliot and Joyce Ann Elliott*, Trigg Circuit Court, Civil Action No. 20-CI-108, attached hereto as Exhibit 2.

14. Defendants Ann Christy Elliott-Gonzalez and Sarah Jane Elliott participated in preparing Michael Roy Elliott's answers to Joyce Ann Elliott's interrogatories. Exhibit 2 at Interrogatory No. 1.

15. In response to Joyce Ann Elliott's written interrogatories, Michael Roy Elliott, Ann Christy Elliott-Gonzalez and Sarah Jane Elliott identified two Individual Retirement Accounts held

by Edward Jones (Charles Schwab) (hereinafter referred to as the "Individual Retirement Accounts"). Exhibit 2 at Interrogatory No. 8.

16. Michael Roy Elliott, Ann Christy Elliott-Gonzalez and Sarah Jane Elliott also stated that Joyce Ann Elliott was the sole, primary beneficiary to the Individual Retirement Accounts.

17. Specifically, Michael Roy Elliott, Ann Christy Elliott-Gonzalez and Sarah Jane Elliott responded to Joyce Ann Elliott's written interrogatories as follows:

> Edward Jones, Individual Retirement Account ending 90-1-9, balance as of December 31, 2020, $329,201.26, Primary Beneficiaries: Joyce Elliott 100%, Contingent Beneficiaries: Ann Christy Elliott 25%, Julia Lee Elliott 25%, Julia Lee Campbell 25%, Michael A. Elliott 25%.
>
> …
>
> Edward Jones, Individual Retirement Account Advisory Solutions Fund Model account ending 92-1-3, balance as of December 31, 2020 $142,179.63, Primary Beneficiaries: Joyce Elliott 100%, Contingent Beneficiaries: Ann Christy Elliott 25%, Julia Lee Elliott 25%, Julia Lee Campbell 25%, Michael A. Elliott 25%.

See Exhibit 2 at Interrogatory No. 14.

18. The balance of monies in the Individual Retirement Accounts accumulated during Joyce Ann Elliott and Michael Roy Elliott's marriage.

19. Joyce Ann Elliott and the Trigg Circuit Court relied upon Michael Roy Elliott's answer to Interrogatory Nos. 8 and 14, assuming that Joyce Ann Elliott was the primary beneficiary for the Individual Retirement Accounts.

20. The representation that Joyce Ann Elliott was the primary beneficiary for the Individual Retirement Accounts was material to Joyce Ann Elliott because Joyce Ann Elliott was unable to support herself or meet her reasonable needs without relying on funds from the Individual Retirement Accounts.

21. The representation that Joyce Ann Elliott was the primary beneficiary for the Individual Retirement Accounts was material to Joyce Ann Elliott because, in reliance upon the representation, Joyce Ann Elliott did not take any action to restore herself as the sole, primary beneficiary to the Individual Retirement Accounts.

22. On March 18, 2021, the Trigg County Circuit Court entered a Status Quo Order. *See Status Quo Order*, *In re the marriage of Michael Roy Elliot and Joyce Ann Elliott*, Trigg Circuit Court, Civil Action No. 20-CI-108.

23. The Status Quo Order prohibited Michael Roy Elliott and Joyce Ann Elliott from changing any beneficiary designations to the Individual Retirement Accounts.

24. The representation that Joyce Ann Elliott was the primary beneficiary for the Individual Retirement Accounts was also material to Joyce Ann Elliott because, in reliance on Michael Roy Elliott's responses to written interrogatories, Joyce Ann Elliott did not object nor challenge the status quo order.

25. On March 22, 2021, the Trigg Circuit Court entered Findings of Fact, Conclusions of Law and an Order of Temporary Maintenance. *See Findings of Fact, Conclusions of Law, and Order of Temporary Maintenance*, *In re the marriage of Michael Roy Elliot and Joyce Ann Elliott*, Trigg Circuit Court, Civil Action No. 20-CI-108, attached hereto as Exhibit 3.

26. The Trigg Circuit Court found that:

    a. "[W]ith a 23 year marriage, [Michael Roy Elliott and Joyce Ann Elliott] obviously did accumulate property from [Michael Roy Elliott's] hard work and [Joyce Ann Elliott's] assistance at home," Exhibit 3 at ¶ 6;

    b. "Despite access to the joint account, [Joyce Ann Elliott] has found it necessary to borrow funds from her sister," Exhibit 3 at ¶ 15;

    c. Michael Roy Elliott and Joyce Ann Elliott, "do have investments through Edward Jones including two IRA's, one with an approximate balance of $242,000.00 and one with an approximate balance of $125,000.00," Exhibit 3 at ¶ 17;

    d. Michael Roy Elliott "has taken the Required Minimum Distribution as calculated by the IRS out of the two Edward Jones IRA's. However, he stated that he did reinvest that, and he did opt out of making that withdrawal in 2020 as allowed;" Exhibit 3 at ¶ 22;

    e. Joyce Ann Elliott "had a modest to high standard of living during [Michael Roy Elliott and Joyce Ann Elliott's] marriage …," Exhibit 3 at ¶ 29;

    f. As of March 22, 2021, Joyce Ann Elliott lived a frugal lifestyle, Exhibit 3 at ¶ 25;

    g. Joyce Ann Elliott "lacks sufficient property, including marital property to which she has access at this time to provide for her reasonable needs given her minimal social security retirement money as her sole source. She had relied during most of the marriage on [Michael Roy Elliott's] income," Exhibit 3 at ¶ 27;

    h. Joyce Ann Elliott "is unable to support herself through appropriate employment at this time given her length of time out of gainful employment and her age," Exhibit 3 at ¶ 28; and

    i. "The financial strain on [Michael Roy Elliott and Joyce Ann Elliott] can be easily remedied by in fact dipping into the lunch fund represented by the IRA's [sic]." Exhibit 3 at ¶ 32.

27. In September of 2019, Michael Roy Elliott executed a change of beneficiary designation, designating his four (4) children, Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott, as equal, primary beneficiaries of the Individual Retirement Accounts.

28. Michael Roy Elliott did not represent nor inform the Trigg Circuit Court nor Joyce Ann Elliott that he changed the beneficiary designation to the Individual Retirement Accounts.

29. Michael Roy Elliott changed the beneficiary designation prior to representing to Joyce Ann Elliott and the Trigg Circuit Court that Joyce Ann Elliott was the primary beneficiary of the Individual Retirement Accounts, and as a result, was aware that the statement that Joyce Ann Elliott was the primary beneficiary of the Individual Retirement Accounts was false.

30. Ann Christy Elliott-Gonzalez and Sarah Jane Elliott possessed documentation, including without limitation a September 12, 2019 Transfer on Death Agreement Beneficiary

Designation Form, indicating that Joyce Ann Elliott was not the primary beneficiary of the Individual Retirement Accounts.

31. Despite having documentation indicating that Joyce Ann Elliott was not the primary beneficiary of the Individual Retirement Accounts, Ann Christy Elliott-Gonzalez and Sarah Jane Elliott represented via Michael Roy Elliott's responses to written interrogatories that Joyce Ann Elliott was the primary beneficiary of the Individual Retirement Accounts, and as a result, Ann Christy Elliott-Gonzalez and Sarah Jane Elliott were aware that the statement that Joyce Ann Elliott was the primary beneficiary of the Individual Retirement Accounts was false.

32. On January 4, 2022, Michael Roy Elliott passed away.

33. Joyce Ann Elliott did not discover that Michael Roy Elliott changed the beneficiary designation to the Individual Retirement Accounts until after Michael Roy Elliott's death.

34. Had Michael Roy Elliott Ann Christy Elliott-Gonzalez, and Sarah Jane Elliott truthfully disclosed that he changed the beneficiary designation of the Individual Retirement Accounts from Joyce Ann Elliott to Michael Roy Elliott's four (4) children, then Joyce Ann Elliott would have petitioned the Trigg Circuit Court to reverse the beneficiary designation.

35. As a result of and in reliance on the misrepresentation made by Michael Roy Elliott, Ann Christy Elliott-Gonzalez, and Sarah Jane Elliott in response to Jocye Ann Elliott's discovery requests, Jocye Ann Elliott did not receive any funds from the Individual Retirement Accounts.

36. Under the circumstances at issue, Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott have come into possession of funds from

6

the Individual Retirement Accounts that, in good conscience, cannot be retained by Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott, and to the exclusion and detriment of Joyce Ann Elliott.

## COUNT I: UNJUST ENRICHMENT

37. Joyce Ann Elliott incorporates by reference each and every allegation previously set forth in this Complaint as if fully set forth herein and further alleges as follows.

38. Under the circumstances at issue, Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott have come into possession of funds from the Individual Retirement Accounts that, in good conscience, cannot be retained by Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott and to the exclusion and detriment of Joyce Ann Elliott.

39. It is against equity that funds from the Individual Retirement Accounts should be retained by Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott as these funds were obtained through acts and omissions that were unconscionable conduct and otherwise violated Joyce Ann Elliott's dower rights.

40. As a matter of equity, one spouse should not be permitted to alienate the other from his or her share of retirement benefits.

41. Michael Elliott alienated Joyce Ann Elliott from her share of retirement benefits.

42. The Status Quo Order and Order for Temporary Maintenance entered by the Trigg Circuit Court was intended to protect Joyce Ann Elliott's right to receive her share of the Individual Retirement Account proceeds when they became due and payable.

43. The funds from the Individual Retirement Accounts were taken under circumstances of circumvention or imposition and in violation of Joyce Ann Elliott's dower rights, the Status Quo Order, and the Order for Temporary Maintenance.

44. Joyce Ann Elliott did not receive payment for the value of the funds in the Individual Retirement Accounts.

45. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott received the funds in the Individual Retirement Accounts.

46. Michael Elliott concealed his conduct so as to deprive Joyce Ann Elliott of the knowledge that he changed the beneficiary designation of the Individual Retirement Accounts.

47. Joyce Ann Elliott was not aware that Michael Elliott changed the beneficiary designation of the Individual Retirement Accounts.

48. Joyce Ann Elliott respectfully requests that the Court declare the change of beneficiaries null and void and restore the parties to the position they would have been had the change of beneficiaries not occurred, and that the Court enter an order requiring Defendants to account for all funds that came into their possession via the Individual Retirement Accounts and imposition of constructive trust upon any and all such funds still in Defendants' possession.

## COUNT II: ABUSE OF PROCESS

49. Joyce Ann Elliott incorporates by reference each and every allegation previously set forth in this Complaint as if fully set forth herein and further alleges as follows.

50. On October 5, 2023, Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott filed counterclaims against Joyce Ann Elliott. (Complaint, DN 28, PageID #: 460).

51. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's counterclaims are not well grounded in fact nor warranted by existing law.

52. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott allege three counterclaims against Joyce Ann Elliott: estoppel by acquiescence, unjust enrichment/quantum meruit, and tortious interference with expectancy of inheritance.

53. On March 22, 2024, the Court dismissed Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's claim for tortious interference with expectancy of inheritance, finding that Kentucky does not recognize the tort of tortious interference with expectancy of inheritance.

54. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's claim for estoppel by acquiescence is without merit because Joyce Ann Elliott did not, nor could she have, induced Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott to act to their detriment or misled them. *Embry v. Turner*, 185 S.W.3d 209, 216 (Ky. App. 2016) (citations omitted).

55. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's claim for unjust enrichment and quantum merit is not well grounded in fact nor warranted by existing law because Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott do not have any interest in the property located at 257 Shawnee Trail, Cadiz, Kentucky 42211. *See, e.g., Bewley v. Heady*, 610 S.W.3d 352, 358 (Ky. App. 2020); *Baker v. Daoust*, 2017-CA- 001867-MR, 2019 WL 1422701, at *3 (Ky. App. Mar. 29, 2019).

56. To recover on a claim of unjust enrichment Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott are required to prove Michael Roy Elliott conferred a benefit upon Joyce Ann Elliott at Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's expense. *Superior Steel, Inc. v. Ascent at Roebling's Bridge, LLC*, 540 S.W.3d 770, 777–78 (Ky. 2017).

57. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott have not met, nor can they meet, their burden because Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott had no interest or expectancy in the property located at 257 Shawnee Trail, Cadiz, Kentucky 42211, which passed to Joyce Ann Elliott outside of probate. *Bewley*, 610 S.W.3d at 358-59; *see also Ellis v. Ellis*, 752 S.W.2d 781, 782 (Ky. 1988); *Stone v. Stone*, No. 2017 CA000939-MR, 2019 WL 994148, *3 (Ky. App. March 1, 2019) ("Appellant has no legal interest in the TD Ameritrade and Vanguard Trust accounts, it necessarily follows that she cannot prove the elements of unjust enrichment and conversion") (citations omitted).

58. Joyce Ann Elliott has not received a benefit at Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's expense because Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott never had any interest or expectancy in the property located at 257 Shawnee Trail, Cadiz, Kentucky 42211.

59. Prior to Michael Roy Elliott's passing, the property located at located at 257 Shawnee Trail, Cadiz, Kentucky 42211 was deeded to Joyce Ann Elliott as a joint owner with right of survivorship.

60. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's claim for unjust enrichment therefore fails.

61. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott filed the counterclaims against Joyce Ann Elliott to accomplish a purpose for which such process is not designed.

62. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott had an ulterior purpose in filing the counterclaims.

63. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott filed the counterclaims to coerce and obtain a collateral advantage over Joyce Ann Elliott not properly involved in such proceedings.

64. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott wrongfully filed the counterclaims to use as leverage against Joyce Ann Elliott in the instant action. *See* Email correspondence from Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's counsel attached hereto as Exhibit 4.

65. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott wrongfully filed the counterclaims to coerce and extort Joyce Ann Elliott to voluntarily dismiss this action. Exhibit 4.

66. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott wrongfully filed the counterclaims to coerce and extort Joyce Ann Elliott to waive her $30,000.00 spousal exemption. Exhibit 4.

67. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott have wrongfully asserted counterclaims, which are not well-grounded in law

or fact, to assert leverage against Joyce Ann Elliott in an effort to coerce and extort her to voluntarily dismiss the instant action, and as a result, such conduct in the use of process is not proper in the regular conduct of this proceeding.

68. As a direct and proximate result of the abuse of process, Joyce Ann Elliott has suffered compensatory damages, including pain and suffering, mental anguish, litigation expenses, and attorneys' fees.

69. As a direct and proximate result of the abuse of process, Joyce Ann Elliott is entitled to nominal damages.

70. The filing of the counterclaims was malicious, intentional, and outrageous conduct, and constitutes willful and wanton disregard for the rights of Joyce Ann Elliott, and as a result, warrants the imposition of punitive damages.

71. Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott's malicious, outrageous, indifferent, willful, and wanton conduct was the proximate result and cause in fact of Joyce Ann Elliott's injuries and damages described herein.

72. As a result of the malicious, outrageous, indifferent, willful, and wanton conduct of Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott, Joyce Ann Elliott has been permanently damaged.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following:

A. For judgment declaring Joyce Ann Elliott's rights with respect to the assets of the Individual Retirement Accounts;

B. For judgment voiding the change of beneficiaries;

C. For judgment declaring the change of beneficiaries as null and void;

D. For judgment tracing assets of the Individual Retirement Accounts property wrongfully disposed of;

E. For judgment recovering proceeds from the Individual Retirement Accounts;

F. For a judgment in her favor for all actual, consequential, compensatory, nominal, and punitive damages which are in an unliquidated amount but in excess of the minimum jurisdictional limits of this Court;

G. For judgment requiring Defendants to provide an accounting of all assets and distributions, including, but not limited to, a listing of all assets received, disbursed and/or transferred and the values received and liabilities paid from the Individual Retirement Accounts;

H. For imposition of a constructive trust upon any and all funds paid to Defendants from the Individual Retirement Accounts;

I. For judgment against Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott that the filing of counterclaims was an abuse of process;

J. For attorneys' fees;

K. For a trial by jury;

L. For punitive damages;

M. For Plaintiff's costs and expenses herein; and

N. All other relief to which Plaintiff may appear entitled.

I. For judgment against Ann Christy Elliott-Gonzalez, Julia Elliott Campbell, Michael "Andy" Elliott, and Sarah Jane Elliott that the filing of counterclaims was an abuse of process;

J. For attorneys' fees;

K. For a trial by jury;

L. For punitive damages;

M. For Plaintiff's costs and expenses herein; and

N. All other relief to which Plaintiff may appear entitled.

## VERIFICATION

I, Joyce Ann Elliott, hereby state, affirm, swear and verify that the foregoing allegations are true and correct to the best of my knowledge, information and belief.

_____
Joyce Ann Elliott

SUBSCRIBED, SWORN TO, AND ACKNOWLEDGED before me by Joyce Ann Elliott this 17 day of April 2024.

My commission expires: 09/30/26 .

_____
NOTARY PUBLIC
# 22613322

14

|  | Respectfully submitted, |
|---|---|
| COTTHOFF & WILLEN | KEULER, KELLY, HUTCHINS, |
| H. Douglas Willen, Esq. | BLANKENSHIP & SIGLER, LLP |
| 317 West Ninth Street | 100 South 4th Street, Suite 400 |
| P.O. Box 536 | Paducah, KY 42001 |
| Hopkinsville, KY 42241 | Phone: (270) 448-8888 |
| Phone: (270) 885-9909 | Fax: (270) 448-0998 |
| hdw@cwlaw-firm.com | jsigler@kkhblaw.com |
|  | jlandry@kkhblaw.com |
| By: /s/ Doug Willen_____ |  |
|     H. Douglas Willen, Esq. | By: /s/ James A. Sigler_____ |
|  |     James A. Sigler, Esq. |
| CO-COUNSEL FOR JOYCE ELLIOTT |     James P. Landry, Esq. |
|  | CO-COUNSEL FOR JOYCE ELLIOTT |